### 6051. CHENEY v. CITY OF EATONTON.

BROYLES, J. The decision in this case is controlled by the ruling in the case of *Rice* v. *City of Eatonton*, this day decided. *Judgment affirmed.* DECIDED DECEMBER 22, 1914.

Certiorari; from Putnam superior court—Judge Park. October 18, 1914.

*W. T. Davidson,* for plaintiff in error.

*W. F. Jenkins, M. F. Adams,* contra.